UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------------ x

**ABDUL MATIN,** :
    **Detainee, Guantánamo Bay Naval Station**
    **Guantánamo Bay, Cuba,** :

**MOHAMMED YOUNIS,** : APPEARANCE
    **as Next Friend of Abdul Matin,**
:
                   *Petitioners*,     Civil Action No. 06-CV-01679
: (RMU)
**v.**
:
**GEORGE W. BUSH,** *et al*.,
:
                   *Respondents*.
:
------------------------------------------------------------------------ x

To the Clerk of this Court and all parties of record:

Please enter the appearance of John B. Missing as counsel in this case for Petitioners

Abdul Matin and Mohammed Younis as Next Friend of Abdul Matin.

December 1, 2006

                                                                          /s/ John B. Missing
                                                                          John B. Missing
                                                                          DEBEVOISE & PLIMPTON LLP
Bar Identification: 425469            555 13th Street, N.W.
                                                                           Washington, D.C. 20004-1169
                                                                          Tel: (202) 383 8000
                                                                          Fax (202) 383 8118

22318902v1