UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------------------- x
**ABDUL MATIN,**     :
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba,     :

**MOHAMMED YOUNIS,**     :
    as Next Friend of Abdul Matin,
                              *Petitioners*,     Civil Action No. 05-CV-01679
                                          : (RMU)
v.
                                          :
**GEORGE W. BUSH,** *et al.*,
                                          :
                              *Respondents*.
                                          :
---------------------------------------------------------------------- x

## MOTION OF JENNIFER R. COWAN FOR
## ADMISSION *PRO HAC VICE*

    Pursuant to Rule 83.2(d) of the Local Rules of this Court, Jennifer R. Cowan, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* in the above-captioned case. In support of the motion, Ms. Cowan provides her declaration, attached as Exhibit A.

    Dated: December 4, 2006.

                                              Respectfully submitted,

                                              Counsel for Petitioners:

                                              /s/ John B. Missing
                                              John B. Missing (Bar No. 425469)
                                              DEBEVOISE & PLIMPTON LLP
                                              555 13th Street, N.W.
                                              Washington, D.C. 20004-1169
                                              Tel:  (202) 383 8000
                                              Fax: (202) 383 8118

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------------ x

**ABDUL MATIN,**
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba,

**MOHAMMED YOUNIS,**
    as Next Friend of Abdul Matin,

                  *Petitioners*,　　Civil Action No. 05-CV-01679
　　　　　　　　　　　　　　　　　　　　(RMU)
v.

**GEORGE W. BUSH,** *et al.*,

                    *Respondents*.

------------------------------------------------------------------------ x

### DECLARATION OF JENNIFER R. COWAN

    I, JENNIFER R. COWAN ("Applicant"), declare as follows:

    1.    <u>Request for Admission</u>: Applicant is an associate in the law firm Debevoise & Plimpton LLP and requests permission to participate in this action as counsel for Petitioners.

    2.    <u>Name and Address of Applicant's Law Firm</u>:
        Debevoise & Plimpton LLP
        919 Third Avenue
        New York, NY  10022
        Tel: 212-909-6000
        Fax: 212-909-6836

    3.    <u>Bar Admission(s)</u>: Applicant is a member of the Bar of the State of New York and is also registered to practice before the Second Circuit, United States District Court for the Southern District of New York and United States District Court for the Eastern District of New York.

22318897v1

  4. <u>Certification of Good Standing</u>:  Applicant certifies that she has not been disbarred, censured, or disciplined by any court of record or state bar association.  There are no pending disciplinary proceedings against Applicant.

  5. <u>Previous Appearances in this Court</u>:  Applicant has been admitted *pro hac vice* three times in this Court within the last two years.

  6. <u>Residence Outside District</u>:  Applicant resides and practices law from an office outside this district, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 4th day of December 2006.

          /s/ Jennifer R. Cowan
          Jennifer R. Cowan

22318897v1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------------ x
**ABDUL MATIN,**   :
    **Detainee, Guantánamo Bay Naval Station**
    **Guantánamo Bay, Cuba,**   :

**MOHAMMED YOUNIS,**   :
    **as Next Friend of Abdul Matin,**
                                   :
                      *Petitioners*,   Civil Action No. 05-CV-01679
                                     :   **(RMU)**
**v.**
                                     :
**GEORGE W. BUSH,** *et al.*,
                                     :
                       *Respondents*.
                                     :
------------------------------------------------------------------------ x

## [PROPOSED] ORDER

UPON CONSIDERATION of the Certificate of Jennifer R. Cowan made pursuant to Rule 83.2(g) of the Local Rules of this Court and the supporting declaration,

IT IS, this is _____ day of December 2006, ORDERED that the appearance be and hereby is GRANTED.

                                                   _____
                                                   The Honorable Ricardo M. Urbina
                                                   United States District Judge

22318897v1