UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------------ x

**ABDUL MATIN,**  :

    **Detainee, Guantánamo Bay Naval Station**
    **Guantánamo Bay, Cuba,**   :

**MOHAMMED YOUNIS,**  :   APPEARANCE

    **as Next Friend of Abdul Matin,**

                            :

                    *Petitioners*,    Civil Action No. 06-CV-01679
                            :   (RMU)

**v.**

                            :

**GEORGE W. BUSH,** *et al.*,

                            :

                  *Respondents*.

                            :
------------------------------------------------------------------------ x

To the Clerk of this Court and all parties of record:

Please enter the appearance of Jennifer R. Cowan as counsel in this case for: Abdul Matin and Mohammed Younis.

December 8, 2006

                                                /s/ Jennifer R. Cowan
                                                Jennifer R. Cowan
                                                DEBEVOISE & PLIMPTON LLP
Bar Identification: JL6090              919 Third Avenue
                                                New York, NY 10022
                                                Tel: (212) 909 6000
                                                Fax (212) 909 6836

22318904v1