MUNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------------ x

**ABDUL MATIN,**                                                          :

    **Detainee, Guantánamo Bay Naval Station**
    **Guantánamo Bay, Cuba,**                          :

**MOHAMMED YOUNIS,**                                                      :   APPEARANCE

    **as Next Friend of Abdul Matin,**

              :

               *Petitioners*,        Civil Action No. 06-CV-01679

               :   (RMU)

v.

               :

**GEORGE W. BUSH,** *et al.*,

               :

              *Respondents*.

               :

------------------------------------------------------------------------ x

To the Clerk of this Court and all parties of record:

Please enter the appearance of Jeffrey I. Lang as counsel in this case for: Abdul Matin

and Mohammed Younis.

December 8, 2006

                                                  /s/ Jeffrey I. Lang
                                                  Jeffrey I. Lang
                                                  DEBEVOISE & PLIMPTON LLP
Bar Identification: JL4408             919 Third Avenue
                                                  New York, NY 10022
                                                  Tel: (212) 909 6000
                                                  Fax (212) 909 6836