IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------- x
                                                                                     :

**ABDUL MATIN,**
      Detainee, Guantánamo Bay Naval Station    :
      Guantánamo Bay, Cuba,
                                                                          :

**MOHAMMED YOUNIS,**                                Civil Action No. 06-CV-01679
      as Next Friend of Abdul Matin,          :    (RMU)
                                    *Petitioners*,
                                                                              :

*v.*
                                                                              :

**GEORGE W. BUSH,** *et al.*,
                                                                              :

                          *Respondents.*
---------------------------------------------------------------------- x

**MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO
CLASSIFIED NATIONAL SECURITY INFORMATION**

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 *et seq.* and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

      (1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly

22395571v1

authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Matin v. Bush, et al.*, Civ. Action No. 06-cv-01679 (RMU)

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned *Matin v. Bush, et al.*, Civ. Action No. 06-cv-01679 (RMU), and I agree to comply with the provisions thereof.


Dated: February 14, 2007                        _____/S/ Jeffrey I. Lang_____
                                                             Jeffrey I. Lang

22395571v1

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Matin v. Bush, et al.*, Civ. Action No. 06-cv-01679 (RMU), understands its terms, and agrees to be bound by each of those terms.  Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to her other than as provided by the Protective Order.  The undersigned acknowledges that her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanction by the Court.


Dated:  February 14, 2007              \_\_/S/ Jeffrey I. Lang_____
                                          Jeffrey I. Lang

22395571v1