IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDUL MATIN, *et al.*

Petitioners,

v.

GEORGE W. BUSH,
President of the United States,
*et al.*,

Respondents.

Civil Action No. 06-CV-1679 (RMU)

**RESPONDENTS' FACTUAL RETURN TO PETITION FOR WRIT OF HABEAS CORPUS BY PETITIONER ABDUL MATIN AND NOTICE OF SUBMISSION OF FACTUAL RETURN UNDER SEAL**

Respondents hereby submit, as explained herein, the final record of proceedings before the Combatant Status Review Tribunal pertaining to petitioner Abdul Mateen (listed in the petition as Abdul Matin) as a factual return to petitioner's petition for writ of habeas corpus. For the reasons explained in the record, petitioner Abdul Mateen has been determined to be an enemy combatant. Accordingly, petitioner Abdul Mateen is lawfully subject to detention pursuant to the President's power as Commander in Chief or otherwise, and is being detained.[1]

---

[1] The D.C. Circuit held in Boumediene v. Bush, No. 05-5062, 2007 WL 506581 (D.C. Cir. Feb. 20, 2007), petition for cert. filed, 75 U.S.L.W. 3483 (U.S. Mar. 5, 2007) (No. 06-1195), and petition for cert. filed, Al Odah v. United States, 75 U.S.L.W. 3483 (U.S. Mar. 5, 2007) (No. 06-1196), that U.S. district courts lack jurisdiction over habeas corpus and other actions challenging or otherwise relating to the detention of aliens held as enemy combatants. See id. at *4. The Detainee Treatment Act of 2005, Pub. L. No. 109-148, tit. X, 119 Stat. 2680, which was enacted on December 30, 2005, amended 28 U.S.C. § 2241 and created an exclusive review mechanism in the D.C. Circuit, applicable to pending cases, to address the validity of the detention of aliens held by the Department of Defense as enemy combatants at Guantanamo Bay, Cuba. A subsequent statute, the Military Commissions Act of 2006, Pub. L. No. 109-366, 120 Stat. 2600 (2006) ("the MCA"), enacted on October 17, 2006, amended § 2241 to eliminate district court jurisdiction to consider habeas petitions and any other actions "relating to any aspect of the detention, transfer, treatment, trial, or conditions of confinement" of aliens detained

The portion of the record suitable for public release is attached hereto. See Exhibit A. The remaining portions of the record, including information that is classified or not suitable for public release, are being submitted under seal through the Court Security Officers. One copy of the factual return is being submitted to the Court for *in camera* review. Another copy of the factual return, containing information suitable for disclosure to counsel under seal, is being made available to petitioner's counsel who have been issued security clearances, consistent with the Protective Order. See February 14, 2007 Order (applying Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba in In re Guantanamo Detainee Cases, No. 02-CV-0299, et al., 344 F. Supp. 2d 174 (D.D.C. Nov. 8, 2004), and related orders, to this case). Any redactions made in the factual return are explained in the declaration(s)/certification(s) submitted therewith. Both copies of the factual return contain highlighting, explained therein, consistent with the Court's Order for Specific Disclosures Relating to Respondents' Motion to Designate as "Protected Information" Unclassified Information and Petitioners' Motion for Access to Unredacted Factual Returns, entered on December 8, 2004 by Judge Green in the coordinated cases. Respondents have designated certain highlighted, unclassified information in the factual return as "protected information" under the Protective Order. Pursuant to the Protective Order, once counsel for petitioner has reviewed the factual return and counsel for the parties have conferred, respondents

---

by the United States as enemy combatants. See id. § 7; Boumediene, 2007 WL 506581 at *4. The MCA expressly applies the amendment "to all cases, without exception, pending on or after the date of the enactment of this Act," which includes the above-captioned case, thereby unambiguously divesting this Court of jurisdiction over this action. The questions raised in Boumediene concerned the applicability of the MCA to habeas cases and the constitutionality of that statute. The court ruled that the MCA is indeed applicable to habeas cases and that it is constitutional. Notwithstanding these provisions and the D.C. Circuit ruling, pursuant to the Court's February 14, 2007 Order, respondents hereby submit a factual return pertaining to petitioner Abdul Mateen.

will file a motion requesting that the Court designate the information in the factual return as "protected" pursuant to the Protective Order.[2]

For the reasons explained in the factual return, petitioner Abdul Mateen has been determined to be an enemy combatant and is, therefore, lawfully subject to detention pursuant to the President's power as Commander in Chief or otherwise. Accordingly, the petition for writ of habeas corpus should be dismissed and the relief sought therein denied.

Dated: March 16, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

/s/ JAMES C. LUH
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
JAMES J. SCHWARTZ
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4938
Fax: (202) 616-8460

Attorneys for Respondents

[2] Pursuant to the Protective Order, respondents are disclosing this information to petitioner's counsel, who shall treat such information as "protected" unless and until the Court rules that the information should not be designated as "protected."

IN THE UNITED STATES DISTRICT COURT
*FOR THE DISTRICT OF COLUMBIA*

| | | |
|---|---|---|
| ABDUL MATEEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1679 (RMU) |
| | ) | |
| GEORGE W. BUSH, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**DECLARATION OF DAVID N. COOPER**

Pursuant to 28 U.S.C. § 1746, I, Lieutenant Colonel David N. Cooper, Judge Advocate, Judge Advocate General's Corps Reserve, United States Air Force, hereby state that to the best of my knowledge, information, and belief, the following is true, accurate and correct:

1. I am a Legal Advisor to the Office for the Administrative Review of the Detention of Enemy Combatants at U.S. Naval Base Guantanamo Bay, Cuba (OARDEC). In that capacity I am an advisor to the Director, Combatant Status Review Tribunals.

2. I hereby certify that the documents attached hereto constitute a true and accurate copy of the portions of the record of proceedings before the Combatant Status Review Tribunal related to petitioner Abdul Mateen that are suitable for public release. The portions of the record that are classified or considered law enforcement sensitive are not attached hereto or were redacted by an OARDEC staff member. This staff member also redacted information that would personally identify certain U.S. Government personnel in order to protect the personal privacy and security of those individuals.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 15 February 2007

[signature]

DAVID N. COOPER, Lt Col, USAFR
Staff Judge Advocate
DOD, HQ OARDEC
Washington, DC



**Department of Defense**
**Director, Combatant Status Review Tribunals**

OARDEC/Ser: 845
29 JAN 2005

~~FOR OFFICIAL USE ONLY~~

From: Director, Combatant Status Review Tribunal

Subj: **REVIEW OF COMBATANT STATUS REVIEW TRIBUNAL FOR DETAINEE ISN #1002**

Ref: (a) Deputy Secretary of Defense Order of 7 July 2004
(b) Secretary of the Navy Order of 29 July 2004

1. I concur in the decision of the Combatant Status Review Tribunal that Detainee ISN #1002 meets the criteria for designation as an Enemy Combatant, in accordance with references (a) and (b).

2. This case is now considered final and the detainee will be scheduled for an Administrative Review Board.

J. M. McGARRAH
RADM, CEC, USN

Distribution:
NSC (Mr. John Bellinger)
DoS (Ambassador Prosper)
DASD-DA
JCS (J5)
SOUTHCOM (CoS)
COMJTFGTMO
OARDEC (Fwd)
CITF Ft Belvoir

~~FOR OFFICIAL USE ONLY~~

20 Jan 05

MEMORANDUM

From: Assistant Legal Advisor
To: Director, Combatant Status Review Tribunal
Via: Legal Advisor [initials]

Subj: LEGAL SUFFICIENCY REVIEW OF COMBATANT STATUS REVIEW TRIBUNAL FOR DETAINEE ISN #1002

Ref: (a) Deputy Secretary of Defense Order of 7 July 2004
(b) Secretary of the Navy Implementation Directive of 29 July 2004

Encl: (1) Appointing Order for Tribunal #27 of 29 Dec 2004
(2) Record of Tribunal Proceedings

1. A legal sufficiency review has been completed on the subject Combatant Status Review Tribunal in accordance with references (a) and (b). After reviewing the record of the Tribunal, I find that:

a. The detainee was properly notified of the Tribunal process and elected to participate in the CSRT by attending the CSRT, providing an unsworn statement to the Tribunal, and by responding to questions posed by the CSRT and his personal representative. *See* Encl. (2) at Enclosure (3).

b. The Tribunal was properly convened and constituted by enclosure (1).

c. The Tribunal substantially complied with all provisions of references (a) and (b).

d. The detainee did not request that any documentary evidence be produced. The detainee did request that three witnesses be produced by the CSRT to speak on the detainee's behalf. *See* Exhibit D-a. The detainee proffered that the witnesses requested to speak on his behalf were co-workers at the school where he taught in Pakistan, and could refute the allegations contained in the evidence against him and corroborate his whereabouts during the timeframe that the events described in the allegations occurred. *See* Exhibit D-a. The CSRT determined that testimony from all three witnesses would be duplicative, and that only one of the witnesses' testimony was relevant. *See* Enclosure (3) to Encl. (2), p. 2. The CSRT accordingly, approved the request for the head-teacher of the school, Hazrat Mohamad.

On 26 Nov 04, the Tribunal forwarded the request to the U.S. Department of State, who attempted to contact the witness. On 10 and 12 Dec 04, the Tribunal made two follow-up attempts through the State Department to contact the witness. However, the foreign embassy failed to respond. Consequently, the CSRT determined that the witness was not

Subj: LEGAL SUFFICIENCY REVIEW OF COMBATANT STATUS REVIEW TRIBUNAL FOR DETAINEE ISN # 1002

reasonably available, nor was there a reasonably available substitute for his testimony. This determination was proper. However, there is no indication in the record that any attempts were made to contact either of the remaining two witnesses when the first witness could not be located.

Notwithstanding, references (a) and (b) clearly provide that the Tribunal has the discretion to determine what evidence it deems relevant, that it is "not bound by the rules of evidence such as would apply in a court of law," and that it "may consider any information it deems relevant and helpful to a resolution of the issues before it." As a corollary, the converse must be true that the Tribunal may refuse to consider any evidence it does not deem "relevant and helpful" to their determination.

Here, a review of the record reveals that the Tribunal considered the proffered evidence, and accepted as true the detainee's submission that he taught school for seven years, but was off for three or four months each summer when he returned to Afghanistan, as well as being off an additional year when he lived in Mazr-El-Sharif. *See* Enclosures (2) and (3) at Encl. (2). Thus, the Tribunal's decision not to further delay the proceeding to contact the Department of State to locate one of the other two witnesses was not improper.

Notably, it appears from a clear review of the record that, even if either of the additional witnesses had been called, the CSRT would have reached the same determination that the detainee was an enemy combatant because the preponderance of the evidence supports the determination reached by the CSRT. Therefore, the Tribunal's ruling, as it related to the witness requests did not appear to prejudice the detainee.

e. The Tribunal's decision that detainee #1002 properly classified as an enemy combatant was unanimous.

f. The detainee's Personal Representative was given the opportunity to review the record of proceedings, and declined to submit post-tribunal comments to the Tribunal.

2. The proceedings and decision of the Tribunal are legally sufficient and no corrective action is required.

3. I recommend that the decision of the Tribunal be approved and the case be considered final.

KAREN M. GIBBS
CDR, JAGC, USNR



# Department of Defense
## Director, Combatant Status Review Tribunals

9 Dec 04

From: Director, Combatant Status Review Tribunals

Subj: APPOINTMENT OF COMBATANT STATUS REVIEW TRIBUNAL #27

Ref: (a) Convening Authority Appointment Letter of 9 July 2004

By the authority given to me in reference (a), a Combatant Status Review Tribunal established by "*Implementation of Combatant Status Review Tribunal Procedures for Enemy Combatants Detained at Guantanamo Bay Naval Base, Cuba*" dated 29 July 2004 is hereby convened. It shall hear such cases as shall be brought before it without further action of referral or otherwise.

The following commissioned officers shall serve as members of the Tribunal:

MEMBERS:

[redacted], Colonel, U.S. Army; President

[redacted], Lieutenant Colonel, U.S. Air Force; Member

[redacted], Lieutenant Colonel, U.S. Air Force; Member (JAG)

J. M. McGARRAH
Rear Admiral
Civil Engineer Corps
United States Navy



**HEADQUARTERS, OARDEC FORWARD**
GUANTANAMO BAY, CUBA
APO AE 09360

7 January 2005

MEMORANDUM FOR DIRECTOR, CSRT

FROM: OARDEC FORWARD Commander ICO ISN 1002

1. Pursuant to Enclosure (1), paragraph (I)(5) of the *Implementation of Combatant Status Review Tribunal Procedures for Enemy Combatants Detained at Guantanamo Bay Naval Base, Cuba* dated 29 July 2004, I am forwarding the Combatant Status Review Tribunal Decision Report for the above mentioned ISN for review and action.

2. If there are any questions regarding this package, point of contact on this matter is the undersigned at DSN[redacted].

CHARLES E. JAMISON
CAPT, USN

**(U) Combatant Status Review Tribunal Decision Report Cover Sheet**

(U) This Document is UNCLASSIFIED Upon Removal of Enclosures (2) and (4).

(U) TRIBUNAL PANEL: #27

(U) ISN#: 1002

Ref: (a) Convening Order for Tribunal #27 of 9 December 2004 (U)
(b) CSRT Implementation Directive of 29 July 2004 (U)
(c) DEPSECDEF Memo of 7 July 2004 (U)

Encl: (1) Unclassified Summary of Basis for Tribunal Decision (U/~~FOUO~~)
(2) Classified Summary of Basis for Tribunal Decision (S//NF)
(3) Summary of Detainee/Witness Testimony (U//~~FOUO~~)
(4) Copies of Documentary Evidence Presented (S//NF)
(5) Personal Representative's Record Review (U)

(U) This Tribunal was convened on 20 December 2004 by references (a) and (b) to make a determination as to whether the detainee meets the criteria to be designated as an enemy combatant as defined in reference (c).

(U) The Tribunal has determined that Detainee #1002 is properly designated as an enemy combatant as defined in reference (c).

(U) In particular, the Tribunal finds that this detainee is a member of, or affiliated with, the Taliban as more fully discussed in the enclosures.

(U) Enclosure (1) provides an unclassified account of the basis for the Tribunal's decision. A detailed account of the evidence considered by the Tribunal and its findings of fact are contained in enclosures (1) and (2).

Colonel, U.S. Army
Tribunal President

# UNCLASSIFIED SUMMARY OF BASIS FOR TRIBUNAL DECISION

**(Enclosure (1) to Combatant Status Review Tribunal Decision Report)**

TRIBUNAL PANEL: #27
ISN #: 1002

**1. Introduction**

As the Combatant Status Review Tribunal Decision Report indicates, the Tribunal has determined that this detainee is properly classified as an enemy combatant and is a member of, or affiliated with, the Taliban. In reaching its conclusions, the Tribunal considered both classified and unclassified information. The following is an account of the unclassified evidence considered by the Tribunal. Any classified evidence considered by the Tribunal is discussed in Enclosure (2) to the Combatant Status Review Tribunal Decision Report.

**2. Synopsis of Proceedings**

The unclassified evidence presented to the Tribunal by the Recorder indicated that the Detainee is a member of the Taliban and associated with al Qaida. The Detainee returned to Afghanistan from Pakistan in late 2001. The Detainee was in possession of the infamous Casio watch of the type used by al Qaida members for bomb detonators. The Detainee failed to demonstrate knowledge of current events for locations where he claimed to have resided. The Detainee was employed by the Taliban's Chief of Intelligence in Mazar-E-Sharif. The Detainee passed messages to high-ranking Taliban and al Qaida officials. This individual is a former Taliban commander. The Detainee claims to have spent over 7 years as a science teacher, but failed to demonstrate knowledge of the subject. The Detainee is associated with a terrorist attack in Afghanistan in 1995.

The Detainee chose to participate in the Tribunal process. He called three witnesses, requested the Personal Representative to provide the Tribunal with six documents, and made an oral, sworn statement. The Tribunal President found that two of the requested witnesses not relevant, and one witness not reasonably available and that alternative means of producing the witness's testimony were also not reasonably available. The Detainee, in his oral sworn statement, denied being a Taliban member. The Tribunal President's evidentiary and witness rulings are explained below.

**3. Evidence Considered by the Tribunal**

The Tribunal considered the following evidence in reaching its conclusions:

a. Exhibits: D-a thru D-h, R-1 through R-17.

b. Testimony of the following persons: none.

c. Sworn statement of the detainee

**4. Rulings by the Tribunal on Detainee Requests for Evidence or Witnesses**

The Detainee requested the following witnesses be produced for the hearing:

| Witness | President's Decision | Testified? |
|---|---|---|
| Hazrat Mohamad | not reasonably available | no* |
| Abdul Qudous | not relevant | no** |
| Akhtar Mohamad | not relevant | no** |

* This witness is the head teacher at the school where the Detainee taught. As such, it was proffered that this witness could testify to the length of time that the Detainee was working there and that he could provide information about the Detainee's personal and professional life for the last 20 years. Additionally, this witness could testify that the Detainee was working at the school during the alleged terrorist attack in Afghanistan in 1995. A request to obtain this witness testimony was sent to the U.S. Department of State on 26 November 2004 with follow-ups on 10 December 04 and 17 December 04. To date, the Department of State has indicated they have had no response back from the Foreign Embassy. As such, the Tribunal President determined that based on the attempt to locate and the lack of response, this witness was not reasonably available.

**The request for these witnesses was denied due to the duplicative nature of their testimony. The Detainee stated that they would have testified to the same information at the head teacher, therefore the requests for these witnesses were denied.

The Tribunal President made no rulings on evidence for the Detainee. The Personal Representative provided the Tribunal with Exhibits D-b thru D-g in the unclassified session. Exhibit D-h provided by the Personal Representative during the classified session was an unredacted copy of the letter that was submitted as D-c.

**5. Discussion of Unclassified Evidence**

The Tribunal considered the following unclassified evidence in making its determinations:

a. The recorder offered Exhibits R-1 and R-2 into evidence during the unclassified portion of the proceeding. Exhibit R-1 is the Unclassified Summary of Evidence. While this summary is helpful in that it provides a broad outline of what the Tribunal can expect to see, it is not persuasive in that it provides conclusory statements without supporting unclassified evidence. Exhibit R-2 provided no usable evidence. Accordingly, the Tribunal had to look to classified exhibits for support of the Unclassified Summary of Evidence.

b. Essentially the only unclassified evidence the Tribunal had to consider was the Detainee's sworn testimony. A summarized transcript of the Detainee's sworn testimony is attached as CSRT Decision Report Enclosure (3). In sum, the Detainee stated that all of the allegations on the Unclassified Summary with the exception of having a Casio watch were untrue. The Detainee stated that he was not a member of the Taliban. He primarily relies on 4 key points to show he is not Taliban. *First*, the Taliban was against education; *second*, the Taliban imprisoned him for six months in 1997; *third*, there is no evidence he was Taliban and the Taliban kept documents on their employees, even a doorman; and *fourth*, Syed Kamal is an Uzbek who mistreated the Detainee and turned him over to U.S. forces when he refused to pay a bribe. The Detainee stated that his family left Afghanistan when he was 16. They went to Pakistan. His father was old and didn't work but the family had a great deal of accumulated wealth from Afghanistan. The family owned a lot of land and 45 stores which they returned to Afghanistan periodically to inspect and renew leases. The Detainee went on one of these trips for the first time in 1997. He had become a teacher and would have 3 to 4 months off. On one of his trips, he was arrested by the Minister of Intelligence for a total of six months before he was released. When the Taliban government fell, Karzai welcomed Afghanis to return to Afghanistan, especially teachers. The Detainee left his house of 20 years in the Pakistan and with his family, returned to Afghanistan. While attending a wedding in the Mazar-e-Sharif area, the Detainee went to a market to exchange some money. While at the market, an explosion injured the Detainee in the leg. He took a taxi to a friend's house and asked for medical assistance. The friend was supposed to take the Detainee to Kabul the next day, but instead drove him to the Chief of Intelligence's office. His friend and the Chief were both members of the Uzbek tribe. He was then asked for money in exchange for freedom and medical care. When he refused, they left him to suffer in jail. He was in jail for 10 months over which time they continued to ask him for money, finally settling on an amount of $30,000 which he still refused to pay. As a result, he was turned over to the U.S. forces. He challenged the U.S. to find any Taliban link and they failed. He was released but soon after, he was again turned over to the United States under a different name of Mullah Shabizat (ph), a name contrived by Syed Kamal. The Detainee said that no one asked him for his real name.

The Tribunal also relied on certain classified evidence in reaching its decision. A discussion of the classified evidence is found in Enclosure (2) to the Combatant Status Review Tribunal Decision Report.

**6. Consultations with the CSRT Legal Advisor**

No issues arose during the course of this hearing that required consultation with the CSRT legal advisor.

**7. Conclusions of the Tribunal**

Upon careful review of all the evidence presented in this matter, the Tribunal makes the following determinations:

a. The Detainee was mentally and physically capable of participating in the proceeding. No medical or mental health evaluation was deemed appropriate.

b. The Detainee understood the Tribunal proceedings. He asked no questions regarding his rights and actively participated in the hearing.

c. The Detainee is properly classified as an enemy combatant and is a member of, or affiliated with the Taliban.

**8. Dissenting Tribunal Member's report**

None. The Tribunal reached a unanimous decision.

Respectfully submitted,

Colonel, U.S. Army
Tribunal President

# DETAINEE ELECTION FORM

Date: 20 Nov 04

Start Time: 1100

End Time: 1300

**ISN#:** 1002

**Personal Representative:** MAJOR [redacted]

**Translator Required?** YES **Language?** PASHTU

**CSRT Procedure Read to Detainee or Written Copy Read by Detainee?** YES

---

**Detainee Election:**

- [X] **Wants to Participate in Tribunal**
- [ ] **Affirmatively Declines to Participate in Tribunal**
- [ ] **Uncooperative or Unresponsive**

**Personal Representative Comments:**

Requests PR read each piece of evidence one at a time so detainee can respond to each.
Refutes most of the allegations against him.
Detainee will read from the translated copy of the Summary of Evidence.

Detainee requested 3 out-of-camp witnesses. Out-of-camp witnesses are co-workers at the school he taught at—can collaborate his whereabouts during timeframe and refute evidence.

Witness 1 – Hazrat Mohamad – Head Teacher – country: Pakistan
Witness 2 – Akhtar Mohamad – Teacher – Country: Pakistan
Witness 3 – Abdul Qudous – Teacher – Country: Afghanistan

Since all witnesses would attest to the same facts, only witness 1 was allowed by Tribunal President.

Personal Representative [redacted]

Exhibit D-a



UNCLASSIFIED

**Combatant Status Review Board**

TO: Personal Representative

FROM: OIC, CSRT (18 November 2004)

Subject: Summary of Evidence for Combatant Status Review Tribunal – MATIN, Abdul

1. Under the provisions of the Secretary of the Navy Memorandum, dated 29 July 2004, *Implementation of Combatant Status Review Tribunal Procedures for Enemy Combatants Detained at Guantanamo Bay Naval Base Cuba*, a Tribunal has been appointed to review the detainee's designation as an enemy combatant.

2. An enemy combatant has been defined as "an individual who was part of or supporting the Taliban or al Qaida forces, or associated forces that are engaged in hostilities against the United States or its coalition partners. This includes any person who committed a belligerent act or has directly supported hostilities in aid of enemy armed forces."

3. The United States Government has previously determined that the detainee is an enemy combatant. This determination is based on information possessed by the United States that indicates that the detainee is a member of the Taliban and associated with al Qaida.

A. The detainee is a member of the Taliban and associated with al Qaida:

1. The detainee returned to Afghanistan from Pakistan in late 2001.
2. The detainee was in possession of the infamous Casio watch of the type used by al Qaida members for bomb detonators.
3. The detainee failed to demonstrate knowledge of current events for locations where he claimed to have resided.
4. The detainee was employed by the Taliban's Chief of Intelligence in Mazar-E-Sharif.
5. The detainee passed messages to high-ranking Taliban and al Qaida officials.
6. This individual is a former Taliban commander.
7. The detainee claims to have spent over 7 years as a science teacher, but failed to demonstrate knowledge of the subject.
8. The detainee is associated with a terrorist attack in Afghanistan in 1995.

4. The detainee has the opportunity to contest his designation as an enemy combatant. The Tribunal will endeavor to arrange for the presence of any reasonably available witnesses or evidence that the detainee desires to call or introduce to prove that he is not an enemy combatant. The Tribunal President will determine the reasonable availability of evidence or witnesses.

UNCLASSIFIED

Exhibit R-1

**Summarized Unsworn Detainee Statement**

***The Tribunal President read the hearing instructions to the detainee. The detainee confirmed that he understood the process and had no questions.***

Personal Representative: I'm handing the Tribunal the Detainee Election Form, which was previously marked as Exhibit D-a.

Detainee: What does D-a mean?

Tribunal President: We label all of the exhibits and its simply labeled, D-a.

***The Recorder presented Exhibit R-1 into evidence and gave a brief description of the contents of the Unclassified Summary of Evidence (Exhibit R-1).***

***The Recorder confirmed that he had no further unclassified evidence or witnesses and requested a closed Tribunal session to present classified evidence.***

***Tribunal President stated that the detainee wants to participate and has requested three witnesses. These witnesses are coworkers from the school that the detainee taught at. Since all three would attest to the same facts, the Tribunal will allow one witness. The first witness request was sent to the Department of State on 26 November 2004, the second on 10 December 2004 and a third request was sent on 17 December 2004. As of this date, 20 December 2004, we have not received a response from the Department of State concerning any contact with the foreign embassy on the status of this witness. The witness has been deemed not reasonably available. However, if the witness's testimony does become available, this tribunal may reopen this case.***

***The Recorder administers the Muslim oath to the Detainee.***

***The Personal Representative read the accusations to the detainee so that he could respond to the allegations. The allegations appear in italics, below.***

Tribunal President: Your Personal Representative can read the allegations and you can respond.

Detainee: I would like to read and answer them myself.

Tribunal President: That's fine too.

*3.a. The detainee is a member of the Taliban and associated with al Qaida.*

Detainee: With the last three years, or two and a half years, day and night, that's plenty of time. Maybe they prove my case, in my file, if anybody can prove that I was Taliban, or member of al Qaida or help anyone. If anybody can prove for one day, that if I even contacted a member of the Taliban, for one day or for one hour. You know that, because

Taliban was against education and schools, especially Science and Technology. The reason I was a Science teacher, they never wanted that kind of person if he was teaching Science. As you know, everybody knows this, they close all the schools around Afghanistan, and they start as Madrasa (ph), not schools. I will deny and reject this allegation. I never was a member of Taliban nor I never will be Taliban. Taliban resistance was almost seven years from the beginning to the end. I was for seven years, teaching in the school. Only for one year, but I will tell about that one year later on. The reason was I was absent for the one year of teaching. The school has a vacation or a season for three months, during summer time, and I came to Afghanistan to see a farm or business, at Mazar-E-Sharif. The Taliban arrested me there and they put me in jail for six months. If I were Taliban, or a member of Taliban, or contacted Taliban, why would they put me in jail for six months? I think that is enough for this allegation.

*3.a.1. The detainee returned to Afghanistan from Pakistan in late 2001.*

Detainee: This is not right and also I reject this allegation. Hamid Karzai came into power late in 2001 at the end of the year. When I came to Afghanistan that was the second month of 2002. When Hamid Karzai took power, he traveled around the world. I saw him when he came to Pakistan, and I saw his speech there. I saw everything and I got comfortable with that. After that I went to Afghanistan, not before. He mentioned to all the Afghani and Pakistan refugee camps, he reassured them. He told them there's a time, everybody should go back home, prepare our country and their homes. After any personal power, intelligence, that was the one other thing, that they assured us and they told us no more war, that the war has ended, and that this is the time to come back. To return home, together we rebuild our land. Especially, he mentioned, three or four, a special time, only for teachers, they asked virtually all teachers. Many returned here to Afghanistan. Our education system in Afghanistan was destroyed in the war for the last twenty, twenty-five years. It's time, especially for the teachers, it's very important to come back home and start teaching, educating our kids. The Ministry of Education repeatedly asked around to all the people all the time, they asked every single person, men and women both, to come back to Afghanistan. To come to the ministry and write their names on the list and we will give them a special course to start teaching our kids. That was another thing, because of Hamid Karzai on the war, and education the speech in Paxton (ph) and also the Ministry of Education asked us all the time. The whole war gives your help and opens all embassies around the world. All the countries come back to Afghanistan. He says that was my (inaudible) and the Taliban is no longer in power, the Taliban is gone, and the warlords are gone. He's coming to Afghanistan and I try to go and help. That was another assurance for me; I was comfortable with his speech and the people. The people around the world came to help and I thought there's the time. I said to him, that's the time to go and help because there is a shortage of education for teacher in Afghanistan. The allegation is wrong, for this reason, its wrong, I did not come to Afghanistan in 2001, I came in 2002 for this purpose, this reason. I think this will be enough for this allegation.

*3.a.2. The detainee was in possession of the infamous Casio watch of the type used by al Qaida members for bomb detonators.*

Detainee: Probably, I will not need my explanation on this thing. You guys very well know, but I can tell you something. I have the Casio watch. It is a black, plastic watch and I think still it's in my belongings with the government or military. It's just a regular watch. If this watch is used for this bomb, this thing, or someone you have is al Qaida or in the block, I think every single soldier, every MP in here has the same watch, and are they terrorists? Also, this watch is made in Taiwan, Japan, (inaudible) or (inaudible), in Pakistan, really, this is the terrorist, is this country to make this watch. You should take care of this first, then let the people have this watch. When the interviewer or Personal Representative told me the first time of this allegation, I asked him who wrote this allegation. They told me that they really didn't know who wrote this one. I told him, at the time that he wrote this allegation, did he laugh or not? He said, he doesn't know. If you give me the time or let me have the time, I can bring you right now from the block. That everywhere the soldiers, maybe more the ten, twenty different kinds, same kind, same model, from the same factory watch, everybody has the same watch. For this reason, this watch is not from al Qaida, it's not used for a bomb, and this is just a regular watch. All older, younger men and women use this watch everywhere.

*3.a.3. The detainee failed to demonstrate knowledge of current events for locations where he claimed to have resided.*

Detainee: This is totally wrong. The reason is because Red Cross went to my home many times. The Red Cross people and I sent my letter to the military personnel and they get it to my home. I held onto almost fifteen or twenty letters that came from the same address. My kids' pictures came from the same address. If I didn't give my correct address or whatever, how do I get my letters, where would I send them? Why would they get my letters? Also, the people of the Red Cross are the witnesses. They went to my personal home, and they took a picture of my kids and read the letter from my home. I think that will be enough, because when I sent my letter, I received a letter, this is my home. When Red Cross went there they brought my kids' pictures. This is my address, what address are they talking about? Also, I give from the letters I have received, I give three copies of my letters to the Personal Representative, the copy of the letter is to prove that this is my address, and these are my letters from the address. For the reason this is not correct. This allegation is not correct.

*3.a.4. The detainee was employed by the Taliban's Chief of Intelligence in Mazar-E-Sharif.*

Detainee: First of all, I would like to know, or understand that if I were employed by Intelligence Chief in Mazar-E-Sharif, what was my position? I would like to know. What was my position was when they hired, or employed me. Because, they are not making it clear to me what my position was, how was I employed. The reason I'm telling you this, is I'm not employed by this person. I was arrested and jailed by this person. This person detained me for four months in one place, two months in another place and

he was the one who sent me to Kabul. I think he employed me as a prisoner, not as an employee to work. In Kabul, I spoke to the interrogator, the one person who he was employed in the place; he was my class friend for eight years. We went to the same school; we were in the same class for eight years. His name was Abdul Satar. I talked to the interrogator about this person. I didn't work, he worked, I went one time to visit him, because he was my classmate for eight years. He was working in this place, not me. If they talk about me that I was employed there, that was totally wrong. I just tell them, I had visited my friend. His name is Abdul Satar and he was working for them as an employee to write and read for them. That was his only position for them. If you are *talking about me, no, I was imprisoned and detained by this person, not employed.* Mazar is still there, and there's the government, the central government. You all out there, meaning the American personnel, American military personnel there, if anybody was hired in any position, anywhere, even as a doorman, they write your name, your father's name, where you were born, how old are you, the whole information is there. If I was employed there, or someone gave me a job, that information would be there. Or ring one person there, and they can tell you that I worked one day over there because Mazar-E-Sharif is, you can ask anybody, anytime, anywhere in Mazar-E-Sharif. For this reason, I never was an employee by this place or any Taliban member. I never worked for one second or one day, I never had anything to do with this thing. For this reason this is also wrong. Still in Mazar-E-Sharif, if one person says if I work one day, one hour or any connection with this office or anything with any member, I will accept this. But please provide me any proof. Only one person and that person, whose name is Akhammed (ph) Reim (ph), he returned me to the Americans. That's the only one person. He was my personal enemy. Otherwise, no one will tell you any other thing, like I told you. The other factor was that I was in prison, detained, in the same intelligence office in Mazar-E-Sharif for ten months before I came here. If I was employed there, or I worked there, even for one day, there are so many people. Why didn't one person say why he was working here, he was employed here, he was here, why didn't anyone say this? There are hundreds of people working there. The reason is the Syiad Kaml is asking me for money. To give him the money to release me, and I denied the money. He returned me to the American personnel, or military personnel, and they asked me a lot of questions. I give all the necessary information, my name, my father's name, where I live, where I'm from, everything. We take one, two, or three pictures of me and he did release me, the American. But, this guy, he took me back because he asked me for the money. That was my only three days that I was there, in Mazar-E-Sharif. Only three days, and for that reason, he asked me for the money. *The American asked me this allegation over there* too. Did you work here, or were you in the Intelligence office working? I told them, I was in Mazar-E-Sharif, you are in Mazar-E-Sharif, there's the office, go check, and bring any evidence, or bring any person. If there was one in all the documents inside the office, check the whole document from the beginning to now. If you found my name in any document or even my signature, even in pencil I will accept this one. They assured me that I was not there and that I didn't work there. After they looked at the information, looked at everything there, they can't find any evidence on me. That was the reason when the American released me; they had nothing to do with me. This guy, again, imprisoned and detained me, for ten months, and asking me to pay the money. I don't give the money, and then after ten months, he took me to Shiveron (ph) from Shiveron

(ph), he gave me over under someone else's name, not my true name. He gave me to the Americans, under that other name. Please, if you check my file, I think they put me as someone else's name. Malah Shalazah (ph). That was the one mistake by American personnel in Shiveron. When this guy returned me to the Americans, no one asked me my name or who I am, or my identification to prove who I am. Without any questions, without any talk, they just take me to Kabul, and from there... In Kabul, they told me I was Malah Shalazah (ph) and I told them, I 'm not Malah Shalazah (ph) my name is something else. I told them in Bagram, to the interrogator, my real name, who I really am, and give my old address. I live in the same address for the last twenty years in Pakistan. I give that address, and the address of the school where I am teaching. I tell them to go get the information, to go make sure everything is there. When I went to each class, we call them (inaudible), a paper, it was a teacher aid, when the teacher comes to class, and we sign it. Also, in our list, if you come to the school in the beginning of the morning, like a time card, you sign in. I asked the American people to go check, for the last seven years, to check my time card. I'm there for the last seven years. Check each class, I went to each class, my signature is all there, for you to find out. The reason I live in one place for the last twenty years, I never changed my address. I live in the same place and I teach for the same place for the last seven years. Not only do the men, women, and every single child in the village, in the area, they know me by the name of teacher Abdul Matin. Every single person in the area they know me, teacher Matin. I am upset because they didn't get proper information about me. They just brought me here, without any knowledge or any complete information and I'm still here. I think all allegations write my personal someone, personal dispute, and someone got the wrong information, wrong name. They repeatedly asked me for the money, and he told me, a friend of his office, in a jeep or land cruiser, he told me if you give me the money, I will put you in this car, in the front seat and I will take you directly home, otherwise you will go to America. They asked me for the money because they know me, and my father. My Father has a lot of wealth in this area and in Shiveron (ph). He has a lot of farms and a lot of stores and he is a very rich man. I think richer than anybody else around there. That was the only reason, because they know my father and they know me, I'm a son of this person. They ask me for $30,000.00, so many times. The only reason they say I was an employee at the intelligence office is for the money, and if I were to give up the money, I will never be Taliban, or member of Taliban, or help al Qaida or employee of Intelligence office. I have one proof, for your information. When I was detained in this office, I give three times, I give a report to Red Cross to someone, by someone else, to let them know I am a prisoner, that I'm detained here. Please, they ask me for the money, for $30,000.00, please help me. I told you, Hamid Karzai came into power, the peace is here, and the people here, the people are coming back home, they are all happy. There's no more Taliban, that's the reason why I came here. The next three years, I'm in prison. They ask me for the money, and I asked for help from the Red Cross. I reported to the Red Cross for them to help me with my injury, and for being detained. I will give you the information, or tell the story about why I am injured, if you have time.

Tribunal President: Certainly.

Detainee: I was surprised, and happy when I saw Hamid Karzai take over. The fight is over, warlords aren't around anymore, and Taliban isn't around anymore. At this time I came to Kabul. After three days, I went to Mazar-E-Sharif to go check, to see my business, my father's business, to see the farms; we have a lot of farms. The reason I went there was because I received a card, an invitation to a relative's wedding. The wedding party was out there. I went to Mazar-E-Sharif, after half and hour, we went to the bizarre, the exchange market. I was visiting Kabul when I went to Marzar, and I didn't have any Afghani money on me, I only have Pakistani money on me. And that was the reason after I arrive in Marzar-E-Sharif I went to the market to exchange the money from Kaldar to Afghani. I went from one store to another store to get a little penny, or a different price in another store. I went from one or two, or two or three stores, and I then heard a really loud explosion. This explosion, almost from 150 to 160 people died or was injured. I think everyone knows about this explosion. I don't want to put the word, famous, but everybody knows. After this explosion, I was injured. After, I think, what should I do? I called a taxi. I know one person close to the market. It was my former friend's. I went to his house for help. When I went to his home, I asked for help. I told the story, I was injured and my whole bone is broken around here. I ask him to take me to the hospital or clinic. He told me there's no hospital and there's no clinic, even though they are here, they are destroyed. There isn't any equipment and there's no doctor during this Taliban time. I think he said there's no doctor around there, everybody left. Even if there was a hospital or clinic, they did not have proper doctors, or equipment, or medicine. A lot of sick people, a lot of injured people, it is too crowded. He brought some old man, and put some wood on my leg and gave me some medicine. I was in great pain. I asked him to take me, or send me to Kabul. He told me that tomorrow is Friday; I will take you in my own car to Kabul. We waited one more day, and one more night. The next morning we went to his car, I sat in his car and he drove the car. He took me directly to the side common, where he was a resident of the intelligent of the Marzar. There are boats from Ozbek tribe side common is also Ozbek when I went to his house for help this is also Ozbek. The first time I thought I asked him, when we went to this office, they take me to a room, and I ask them to take me to Kabul. I thought that maybe he needed something, or some directions or talk before he took me to Kabul. When he took me there, I asked why I am here? He said wait. He took me to the room, we went to the room, and that's when they asked me for the money. Give us the money and we take you to Kabul. If you don't us the money we don't take you to Kabul. I asked him, I'm in great pain I need medical attention, please take me to Kabul. I asked him repeatedly, please help me. I'm injured, I'm in pain, and I need doctor's attention, he said no. First of all, you give us the money, if you don't give us the money, then you aren't getting to Kabul. The only reason, the number one reason is the money, if I would give them the money I would be free, I would never be Taliban, I never be al Qaida or otherwise, the only thing, is the money for this person. That is enough information.

*3.a.5. The detainee passed messages to high-ranking Taliban and al Qaida officials.*

Detainee: I think when I talk in the past numbers 1, 2, 3,5 and 6 I think they maybe answered from before when I spoke earlier. The reason a person, not involved with the

group or government, for one day, for one minute, or one hour, it's not work for them, and you are not involved with them, and no connection with them, no related to them, how can I take message from one to another, what was the reason? The only reason, because without this allegation, American will not take me, not arrest me, not detain me, that's the only thing he wrote, about the one thing, was about the money, but upset about American, I wish, and also he gave me a different name. American before they bring me here, they should at least talk to me before and get information before. They did not get information about the whole thing. The reason, if you don't know the person, if you don't work with the person, if you have any knowledge of the people what kind of connection, what kind message do you take from who to who, if you don't know the person, what kind of message you take, and to who?

*3.a.6. This individual is a former Taliban commander.*

Detainee: I want to tell you a story. The reason for the story is because I was employed with the intelligent force, and then I was messenger, and now I'm commander, this is a person married and when married, he left home to travel to other country, when he come back home, he saw some little boy in front him, came and says who is this guy he said his name is Karmadeen. He said who is Karmadeen? That's your son. And I said, what are you talking about, I was not here, and when he was in discussion, he heard another name, Urmadeen. Who is Urmandeen? His other son is this story on me, Karmadeen and Urmadeen one time, I'm intelligence, one time I'm a messenger, one time I'm a commander. I don't know. Like I told you before, if I didn't work for one day, one minute, or I was involved one day with these people it's impossible this allegation on me, I wish, I hope my leg, or my thigh, or my feet will talk, and they will tell you, this person, Diaeb (ph) straight for five days, he physically abuse me, tortured me. If I was Taliban, or if I were a messenger, or I was a commander, how come Taliban hate me that much and put my in jail for six months and physically abuse me and torture me for six months. Who hit me, who give me the torture the person is here. He torture me, he physically abuse me he's still here, he's not truly Afghan, he's Pakistani but he was employed by Taliban in Afghanistan, but he's Taliban, he work with Taliban and he's the one to torture and abuse me, and he's still here. That will be enough of an explanation to you, if I were Taliban or member of them, or work with them, I would not be in jail, I would not be physically abused or tortured by them, because I was not with them, I was not part of them. I will prove that, because I was against the idea, against the thought, against their government. That's my one proof, or my important witness is here, actually he denied everything, but, he thinks I'm only a store worker, or store clerk, or shop keeper, but, he was the main enemy, through the Taliban. The interrogator brought me a lot of pictures I found him, this is the one, he's the one that tortured me and put me in jail. I think he's in Camp 4. One other thing, but I'm sorry to say, but I saw a lot of unjust because, they tortured and killed people, there was the minister, there was governor, all in Camp 4. We, the poor people, we do nothing, innocent people but we are in orange clothing. I like your attention about your reason to here, and this unjust because this is a tribunal. Again, I'm sorry to say, to my knowledge, this is not right. The main we come to this point, we come to the all killing for all misery, for all problem around those are the people who are the governors, they are ministers, they are killing and torturing people. That is the main

problem, we are facing those are the people, and they are living a comfortable life in Camp 4, they are relaxing. Then, there are people like me, and someone asked me for money, and I didn't give the money, and they put all wrong information and I'm not in a comfortable position. I say that, just to think about this, and to your friends, to your military personnel, and in general, not a specific thing. I will accept any proof, of any person or any allegation, or any proof, I will be glad, I will accept it. Another thing, from the beginning to today, in my old file, from the last two to two and a half years, I didn't' say one word wrong or right, because I'm teacher myself, my knowledge, my mind, not let me to tell you lie, teacher does not lie. The beginning of the time I arrived here, I wrote all information, all my bibliography, from the beginning, from the day I was born, to the day I was arrested. I challenge them that time; I challenge you, if all the bibliography I wrote from two to two and a half years ago, if you found one word wrong or nonsense, or I lie, I will accept the harsh punishment that you would give to a person, or maybe I accept one or ten years more than anyone else take. That's all the allegation, I think it comes from one person Syiad Komen that's nothing, there's no proof, no evidence, no paper, no picture, no signature, in the whole thing is, just for personal. Again, I challenge you with the entire allegation by any person, by any country, by any organization. If anything is found, and I'm claiming, that I'm a teacher, if I'm claiming a teacher, and I tell you wrong thing, I will accept all harsh punishment you give me, but, this is on one information of this only, if I did work one day in the intelligence office, or if I was a messenger for one place to another place, or if I was a commander for one day only, if you guys have proof I will accept it. I don't know what to do, I can't do anything I'm detained in here, because a lot of reasons, information I give you, in my file, everything especially, the principal of the teachers, I hope you guys get the principal, ask him, he will tell you from the last seven years, every single day I was a teacher, I didn't work anywhere else, for anyone else, I was not al Qaida or Taliban, I hope you guys get that information from that person, he will tell you the true thing, which I claim. One of the reasons, there is no Taliban even the name of Taliban was in Afghanistan I was teaching at that school, when the Taliban was gone for good, forever, I was still teaching at that school. The whole teacher, the whole student, and the whole area the student and people came from the whole area, every single person know me by name, and knew me I worked there, and knew that I worked there, and they would tell you I worked there and also they know the knowledge that I was arrested by the Taliban, and that I was tortured and abused and they knew the whole story. For this reason I was never associated with the Taliban or al Qaida, or any other group. I think that will be enough for this allegation.

*3.a.7. The detainee claims to have spent over 7 years as a science teacher, but failed to demonstrate knowledge of the subject.*

Detainee: I don't have that much talk, but I challenge you right now, here, at this place, from the first grade, to all grade, to high school, in science. I'm proficient in Physics, Algebra, Chemistry, this is my subject, I'm really, from first class to twelfth, any book, any question. You choose the book, you choose the question, just give it to me right now. I don't have any other thing I just really right now I can solve the problem. Just one other reason, for one or two or three years I've been in prison, I think it affected my

mind a lot of things I forgot a lot of stuff, I challenge you right now, as a science teacher I will prove you any solving, any problem, right now, right here. We don't' have to talk that much about this, but I will prove you right now. This is also not right, the allegation is wrong. If I was not a teacher or, I lie, whatever, why I came, I now challenge you right now, that will be enough. I have my documents from the beginning, of first class to the end of my school, I was number one, I get hundred number, in every subject. I'm number one, I have my degree, I was number one, with honors, student, if you want me, I can ask them, my home, to send a photocopy of my document. I think that will be enough, I don't' want to talk too much, and I'm really running out of time, and tomorrow is another day, another day to pass the test. I ask my interrogator, if you have a question about this allegation or not sure, just please, you chose the book, just give me twenty-four hours today, tomorrow, I am reading, I challenge you, I give you the book, any problem, ask me I will solve the problem. That will show you that I'm a teacher. That will be enough. If still, if you doubt, I am ready.

*3.a.8. The detainee is associated with a terrorist attack in Afghanistan in 1995.*

Detainee: About the day and the year, I was always in Pakistan; I never ever come to Afghanistan my prison was not in Afghanistan never. I came to Afghanistan two years later that was 1337 Afghan calendar. I think 1997. At that time, the Taliban was never came to north Afghanistan or to Mazar because that was (inaudible) country. There was not a northern Afghanistan, there was only that was in southern Afghanistan. Also, what was that terrorist that terrorist attack what was that attack, where was that attack how was that attack, where, when, and how? I don't' know what they are talking about. I hope they can make sure, what was that attack it was in. Was it an explosion in car, explosion in building, killing someone, what kind of terrorist attack was that? This whole big allegation they are wrong to my knowledge, they are not correct, only on one question, and only half the question is right, of the words you have a Casio watch, I have a Casio watch. I think the watch is still here, with my clothes, if you are allowed, you can come and see the watch. You guys know, all the MP's, more than twenty have the same watch the same name, everybody has the watch here. That was the reason the American took me, of this reason, and they took me by all the lies, a person lied and put this wrong information because Americans took me otherwise they would not take me. Also, for your information, please right write this day of 1995 terrorist attack ask my witness, or that principal of that school ask them, if I miss one day of school, one day, of that year, you will get that information, the honest information. Those teachers, or those schools, or those principals they know I were with them for the last seven years any information that you need you ask them, they will give you information, any doubt of my talk. Please, you have your representative of that area or military personnel, please call them, or let them know to go to the school check for the last seven years of documents and time cards for the time sheets for every class that I go. If I miss one day yes, I am terrorist, or I was with al Qaida, or Taliban. Otherwise, I don't have anything to do with the allegation or anything. My record at school will tell you everything.

Tribunal President: Does that conclude your statement?

Detainee: Before your judgment, please make sure that's my hope and my wish, to make sure everything you read classified, unclassified, everything. Make sure my evidence, my document, my radio, please. Otherwise, make sure my file, is everything like I hope to close one forever, please don't destroy my life, anymore, and please don't destroy my kids life anymore. If I'm not innocent, hundred percent, keep me wherever you like. You have one small evidence on all allegation, give me the harshest punishment whatever you give me but otherwise I ask you for fair judgment, fair knowledge, before any judgment, get information make sure I'm innocent. Also, nobody, as I know, hundred percent nobody, but this one person is Mr. Kaml, and he is still here maybe in Mazar-E-Sharif, he is still there, and your guys are still there if he put these all these allegations on me all these terrible things on me you guys have the power to ask this person, if you put all these allegations on me, give me one proof, a picture, a radio, a signature, a document, an other person, ask them for one proof, ask this person for one proof, if you give this person to us, turn over to this person, for what reason? A witness, please, ask this person ask for witness or some document. This is the only reason, because I was in the same office of this person for ten months for my detainment, for the money thing, they ask me for money, and also I give three hundred to red cross for help and also if they know, the Red Cross knows or anybody else knows because we know you deserve because he was that one person he worked there, he was that type of person, he was Taliban, he was al Qaida, but the Red Cross didn't say, only the person who asked for the money that's the only thing. For a personal dispute I owe the money. That's all. That will be enough.

Tribunal President: At this point, we may have some questions to ask you, would you be willing to answer them?

Detainee: Yes please.

***The Personal Representative and the Recorder had no further questions.***

Tribunal Members' questions

Q. Later we may get some classified documents to read and you've given some names and I will be watching for these names, but I didn't write down the names very well; one of the names I thought you gave was your personal enemy was that Mr. Syed Kaml?
A. At that time, I was in prison; there was two intelligence offices in Mazar-E-Sharif. One belonged to Dostum (Uzbek), and one belonged to Professor Atah, he belonged to a Jamid (inaudible), which belonged to Rabbani, which is in Tarjek. He was the president of the Intelligence office Syed Kaml was from Dostum area, Dostum intelligence and also I think he is an assistant of Dostum also.

Q. Is he the same person Syed Kaml who tortured you?
A. No, that's two different things. When I came in 1997, Afghan calendar 1377, he was captured by Taliban, and physically abused and tortured by Taliban which, his name was Syed Abdul Rahman, who is in Camp 4.

Q. Your friend that drove you in a taxi, when your leg was broken, Uzbek friend?
A. Yes, he's Uzbek, the same tribe with Syed Kaml the Intelligence president. He's not a taxi person; he was the person I went to his home for help. He is the one who turned me in Syed Kaml.

Q. What was his name?
A. Gulam Cakhie

Q. What city in Pakistan is the school located in?
A. Mansura. The school is also surrounded by nine camps, refugee camps. The school was the reason for the refugee camps for the children to go the school.

Q. Does this school have a phone?
A. No. There is no electricity and no phone for all the camps.

Q. What did you do before you were a teacher?
A. I graduated on 1371, Afghan calendar, the next year, 1372, I got a job as a teacher, before I was a student.

Q. You said you lived in the same house in Pakistan for twenty years?
A. I went to Pakistan, 1360, Afghan calendar, to Mansura City in Pakistan, which is now, 1383, Afghan calendar. It looks like 23 years. For the last twenty years I lived in Mansura Pakistan. When I was a student in 1371, I graduated and my father passed away. I went to one house to another house by the same area, real close. After that, I lived in the same house until my family came to Kabul. I lived in the same house until the last day I was in Pakistan.

Q. So, I want to get this right. You're in the area for twenty years, in this house for twenty years, seven years as a teacher, and 13 years as a student?
A. No, I went to school until 8th grade in Afghanistan. At that time, I think I was sixteen years old I went to Pakistan. The reason we do nothing for a while, because there was no school for the refugees, the people there, it was hard for us to join, to go to Pakistani school, it was a different language it was Gudo, it was way hard, hardship, and way hard life, after while, so many years, we did nothing, and finally when they start school, I start beginning from 7th grade there. From 7th to 12th grade I went there, in the Pakistan school. I did nothing else, until 1371, when I graduated from school, and the next year I started as a teacher. My father has enough wealth, he was rich, he did not let his kids do something else, he was always pushing us to go to school and get educated.

Q. What was your father's occupation?
A. At that time, he was not working because he was (inaudible). When he was in Afghanistan we have a lot of wealth. We had farms and stores. In Pakistan he did not have a job position.

Q. Did he ever help Taliban or al Qaida?
A. He passed away 1371 there was no Taliban or al Qaida at that time.

Q. You said your father was wealthy, what happened to his money when he died?
A. He left it to us, because he was our father, he left his wealth to us. That's the one reason why Syad Kaml intelligence Uzbek person keep me, keep asking me for the money because that was the reason, because I have the money I have the business, my father's business and they knew I have the money, which is why they kept asking me for the money.

Q. If you had the money, why didn't you pay the ransom?
A. It was a money thing, why I didn't. For the first reason, if I didn't anything wrong why should I pay, after a long discussion, we come to the point of $30,000.00, and it was more than that. Why I give money to one person asking me, why should I? The second reason is I thought now we are under a lawful nation, a recognized government there's no more warlord, they can't do anything to any person, there will be questions, there will be law, there will be consequences to them, that was my assurance to my heart, they will, someone someday I get help from someone he will be punished for the crime he does. Also, all American were around in every province, I was assured from you, thinking, now there's Americans here American is working by the law, why should I give to criminals money if Americans around here. I was a fool for this reason. I wish, I wasn't comfortable with Americans, because they are lawful people they are here to help, and for our central government because they will ask, they will listen to me, or who are my lies, I wouldn't give the money. The only reason I count on American, or Americans, the way they work, otherwise, it will take me five minutes to get the money and give to them, because I am forced to reconcile with all of them. I have almost forty-four, forty-five stores, and also I have four hotels. All kinds, pharmacies, other stores, there was no problems anything of them. I could give them $30,000.00 in five minutes. I can sell two or four stores to get the money. The only thing I count on, an American, or central lawful government.

Q. You said your family left Afghanistan I'm assuming during the Russian war?
A. When the first communist government came in to power, which is Norama Turki (ph) because they know my father and my cousin, they are all rich, first they take my father and cousin to jail for six months. When he died, (Inaudible) his vice president, a (inaudible), he released my father by another president. And my two brothers, and my father and one cousin. And my one cousin passed away or was killed by the government at that time. (Inaudible) five people (inaudible) at one time, inside that prison. After that, they have 3,500 Jereeps (ph), I don't know what these are but how many farms, a lot of farms. The communist government they take our farms and give them to other people. At least twenty families they did this to. Only seventy-five Jereeps (ph) they left us the rest of them, the rest they gave to other people. I'm shocked and I'm surprised. We tortured and killed and detained by Russian and communist government in Afghanistan they are gone. Taliban came here, the same story to us again, torture, prison, and now, here I am, I don't know what to say what to expect. Each time the government changes in Afghanistan surprisingly we get punished. The history of our family life nobody ever worked for any government or had any government position. I was the only one to teach at the school, other than the time I was in Pakistan (most of this sentence is audible, poor

translation) otherwise, no one worked for the government, and that is our history of our family.

Q. Last question, the friend you visited in Afghanistan, you said he read and wrote for the Taliban, did you know that he was doing that for the Taliban when you visited him?
A. In Mazar-E-Sharif, in our hotel or business, or store that we have....Shaveron, I went there, each year we lease, we signed the paper for one year lease. Sometimes we get the money up front, or sometimes we get it at the end of the year. That was the reason I went to Mazar after one year to see my work, my people, to see the business at that time, I heard my friend, Abdul Satar is working with the Taliban. Yes, I went there and visited.

Q. On #7, you may not know the answer, since you don't have a book to study from, but do you know the equation for the area of a circle or the circumference of a circle, either one.
(At this time, the Tribunal member explains to translator by making a drawing on a piece of paper what he wants the detainee to solve.)
A. From the point, to another point is 360.

Q. Does he know what the area would be? I know that you can get 360 degrees, but does he know the distance or area, the distance around that. (Indicating to circle on paper)
A. When you make sure after this thing you will find out inside of, when you put them in different positions here, or this one, or this one, how many degrees. When you find out the area of all of this, then you find out the outside area.

Q. (To the translator) do you have a translation for the concept of pi? Do you know what pi is?
A. (From translator) No.

Q. Okay, never mind. You know what, I will withdraw that question.

Detainee: I think that there's one mark in Algebra called "Pi", maybe you are talking about this thing?

Tribunal Member: Yes.

Detainee: Maybe this one is Physics and one in Algebra.

Tribunal Member: Yes, (To translator) But, because, maybe it's a limitation on you, as the translator.

Detainee: Maybe if I get some numbers in Algebra or something....

Tribunal Member: You know what, I use to teach, so I understand how important it is to have a book to research first. You are.... I don't want to ask you any more questions.

Detainee: The reason I studied real hard from the beginning from first class to twelfth class because nobody touched me, I was number one in the whole school. From that time, I studied, otherwise, I've been in prison for three years, I don't know what I ate yesterday.

Tribunal member: Thank you.

Tribunal President's questions.

Q. I'm interested in Point #7, it states that you failed to demonstrate knowledge of the subject that you supposedly taught? I thought your point was well taken, as far as they could ask you questions about it, so, since you came here to Cuba, have they asked you Science questions?
A. Yes, one time, they brought five or six questions on a paper, and it was from Algebra and Physics and also Chemistry. I think I wrote three or four answers to the questions and they asked for the paper, they told me enough. They also asked me verbal questions too. So many times, they asked me several times. I think that should be in my file. My former, last Personal Representative asked me two questions, I think. One was the formula, he asked me another questions also.

Q. And as far as you know, you answered them correctly? There wasn't any that you couldn't come up with an answer with?
A. To my knowledge, I think I answered them correctly, but I don't know, maybe, it affected my mind, two to three and a half years I have no study, I have no nothing. From my knowledge to my opinion, I think I gave them the right answer.

Tribunal President: Do you have anything else that you would like to say at this time to the tribunal?

Detainee: Now the time I came, I'm glad to talk to someone, to listen to me, and I'm asking you, cordially, please make sure, not only by writing, make sure, to find my true case, who I am, and I'm asking you, my future, for my kids future, my families future, is very important and its in your hands. I'm very disappointed, this time, in the government in Afghanistan is our idea, our choosing idea of government, now in Afghanistan, and I'm not there to help them. Again, we are sorry, that was the time for me to help Afghan people, to help kids, because they need me over there.

***The Personal Representative at this time provides the Tribunal President with unclassified exhibits D-b, D-c, D-d, D-e, and D-g.***

***The Tribunal President confirms that the detainee had no further evidence or witnesses to present to the Tribunal. The Tribunal President explains the remainder of the Tribunal process to the detainee and adjourns the Tribunal.***

Detainee: Thank you for you, and thank you for the time you gave me. I thank all of you, my Personal Representative.

Tribunal President: You're welcome.

## AUTHENTICATION

I certify the material contained in this transcript is a true and accurate summary of the testimony given during the proceedings.

______________________________

Colonel, United States Army
Tribunal President

To my honorable personal representative, Peace and Allah's blessing upon you. After my greetings, the three letters that I'm handing to you proves that first of all, my family was living in Pakistan and now they moved to Afghanistan with Adbdul Wahb's family. Adbul Wahb is my father-in-law and my family lives with him and now they live in Kabul Afghanistan. Second, the letter indicates that it is proof that my family lives in Kabul and it is written in this letter. When this letter was written, my family was present there. Because in Kabul Afghanistan, Teacher Mohamad Yonus is my cousin and my brother-in-law.

3. The third letter indicates that I was a teacher. And I was a teacher because any letter I receive they call me by the name of Moalem Adbul Matin and if I wasn't a teacher whey would they write such a thing and I am a teacher so they call me a teacher.

4. The letter indicates that my daughter Sediqajon, that she is seven years old now and she attends school in Kabul. She is in 1st grade and now she is studying in school. I hope this letter proves to you that all the questions you have are resolved; your questions about me, about being a teacher and about my family. Peace.

UNCLASSIFIED / FOUO

11

به مقام محترم نمایندهٔ شخصی بنده

السلام علیکم ورحمة الله وبرکاته

بعد از تقدیم سلام در این ۳ قطعه خط که برای تان داده شد
ثبوت این است که در قدم اول فامیل بنده در پاکستان زندگی میکرد
و فعلاً به افغانستان آمده است به همراه فامیل عبدالوهاب پشتان
عبدالوهاب خسر بزرگ بنده است و فامیل بنده که همشیره ام میشود
به همراه شان یکجا زندگی میکنند و فعلاً به کابل آمده است
دوم اینکه از این خط معلوم میشود که فامیل بنده فعلاً در کابل
زندگی میکنند و در خط ذکر شده است و کسیکه این خط نوشته
میشود فامیل بنده حاضر بوده یعنی در کابل در خانه [illegible]
محمد یونس [illegible] بچه کاکای بنده میشود و شوهر همشیرهٔ بنده هم میشود
سوم اینکه از خط معلوم میشود که [illegible]
نوشته شده است که [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]

UNCLASSIFIED / FOUO

UNCLASSIFIED /FOUO

#1

I, instructor (teacher) MOHAMMED YUNNIS and my family and dear respected mother and the family along with ABDUL WAHAB JAN want to send you our abundant greetings and well wishes. At the time of this letter we are doing very well and are in good health and we seek and request your welfare from the Almighty God. We all pray on your behalf. Your kind mother is living with me and she is very happy and she's living her life with a clear conscience and peace. Presently, with God's favor, she is in good health so do not be worried about her. Whenever she has an illness [redacted] who has a clinic in Kartay Mahmoreen and there she gets medication, which helps her. Be assured that she's okay. Furthermore, your kind mother often [redacted] and ABDUL SINAN and lives there as well. SIDIQA JAN, your seven-year-old daughter is in the 1st grade and is carrying on with her studies with great enthusiasm and interest. MONIBULLAH JAN, your five-years-old son and PALVASHA JAN, your three-year-old daughter are healthy and doing well, due to the grace of God, and they are in my house a lot. We were worried a lot about your leg and when we heard news about the surgery done on your leg we became extremely happy. God is kind and He will see that all your difficulties will be solved so you can come to your country again and live in a peace and calm environment. And also you can come back and help your poor grief-stricken country that has witnessed years and years of oppression from the [redacted] and serve your country with sincerity and truthfulness. You can participate in the rebuilding of your war-torn country.

I also want to mention that your letters don't get to us fast enough so if you would please pay more attention to this matter and send your letters as fast as you can. The letter that you wrote on [redacted] I received on [redacted]. Peace.

UNCLASSIFIED / FOUO

Exhibit D-C

UNCLASSIFIED / ~~FOUO~~

GUAN20041 02307

AFG

COMITE INTERNATIONAL GENEVE

JUN 16 ~~MAY~~ 2004

6077

## 7. RED CROSS MESSAGE
پيغام خانواد گی صليب سرخ/دسره صليب كورني پيغام

### 8. SENDER / فرستنده /اليږونكى

APPROVED BY US FORCES

ICRC No. ....... شماره صليب سرخ / دسره صليب نړيواله كميټى لمبر

Full name ....... معلم محمد فريس ....... نام كامل / مكمل نوم

Father's name ....... نام پدر / دپلار نوم

Grand-father's name ....... عبد الغني ....... نام پدر بزرگ / دنيكى نوم

Mother's name ....... نام مادر / دمور نوم

Nationality AUG 30 2004 ....... تابعيت / هيواد

Date of birth ....... تاريخ تولد / دزيږيدلونيټه ....... Sex F M ذ أ جنس

Place of birth village/قريه/كلى district/ولسوالى province/ولايت country/مملكت/هيواد محل تولد / دزيږيدلوځاى

JTF/ JDOG S-2 GUANTANAMO BAY, CUBA

Refugee camp/Detention place ....... كابل كارته مامورين ....... نام اردوگاه پناهندگان/محل أسارت / دپناهندګانو دكمپ نوم/ دبند دځاى نوم

Street ....... سرک ۴ دشت برچی خانه ... ....... كوچه / دكوڅې نوم

Village, District or City ....... ....... قريه، ولسوالى، ولايت / كلى، ولسوالى، ولايت

Province/Country ....... ولايت مملكت / ولايت هيواد House No. ....... نمبر خانه / دكور لمبر

Kabul

RTFPL Y: ...

### 9. ADDRESSEE / گيرنده /اخيستونكى

ICRC No. 437 15543 US - 01002 شماره صليب سرخ / دسره صليب نړيواله كميټى لمبر

Full name ....... معلم عبد المتين ....... نام كامل / مكمل نوم

teacher

Father's name ....... نام پدر / دپلار نوم

Grand-father's name ....... عبد الرحيم ....... نام پدر بزرگ / دنيكى نوم

Mother's name ....... عبد المجيد ....... نام مادر / دمور نوم

Nationality ....... عبد الرزاق ... ....... تابعيت / هيواد

Date of birth ....... تاريخ تولد / دزيږيدلونيټه ....... Sex F M ذ أ جنس

Place of birth village/قريه/كلى district/ولسوالى province/ولايت country/مملكت/هيواد محل تولد / دزيږيدلوځاى

Refugee camp/Detention place ....... كيمپ ... ....... نام اردوگاه پناهندگان/محل أسارت / دپناهندګانو دكمپ نوم/ دبند دځاى نوم

Street ....... كوچه / دكوڅې نوم

Village, District or City GTMO ✓ بلاک B ....... قريه، ولسوالى، ولايت / كلى، ولسوالى، ولايت

Province/Country ....... ولايت مملكت / ولايت هيواد House No. ....... نمبر خانه / دكور لمبر

### 10. INTERNATIONAL COMMITTEE OF THE RED CROSS
كميته بين المللي صليب سرخ
دسره صليب نړيواله كميټى
19, av. de la Paix - 1202 Geneva, Switzerland

MCR/EN-DA-PU/10.01/ACR

UNCLASSIFIED / ~~FOUO~~

UNCLASSIFIED / FOUO

GUAN2004I 02307

APPROVED BY US FORCES

## 11. REPLY TO THE MESSAGE

جـواب/ځـواب

*Family and/or private news only*

احوال خانواد گی که محض ماهیت شخصی داشته باشد

کورنی پیغام چه بیوازی شخصی احوال بیان کړی

AUG 3 0 2004

سلام های فراوان از طرف معلم محمد ... و اعضای فامیل و سلام های والده مهربان و با اعضای فامیل با شما و سلام های ... و با اعضای فامیل شان الحمدالله تا تحریر خط هذا صحت کامل داریم و صحت سلامتی شما را از خداوند متعال خواسته و میخواهم و تمام ما یان در حق تان دعای نیک میکنیم والده مهربان تان در خانه می باشد و بسیار به خوشحالی و به اعصاب آرام زندگی خود را سپری می نمایند و فعلاً فضل خداوند صحت کامل دارد و هیچ تشویش نداشته باشید و کدام وقت اگر مریض میشود ... [redacted] ... می بریم و دواهی شان را تهیه میکنیم ... از طرف شان مطمئن باشید و همچنان والده مهربان تان در خانه [redacted] ... زندگی میکنند و ... در صنف اول مکتب ... درس های خود را بسیار به شوق و علاقه میخوانند و ... پنج ... دختر ... تان به فضل خداوند ... و بسیار ... و ... درباره ... تان بسیار تشویش داریم ... از ... یاد ... که تمام مشکلات تان رفع شود و به وطن خود دوباره ... در فضای آرام و مطمئن ... و به ملت مظلوم و رنج دیده ... [redacted] ... با صداقت و اخلاص خدمت نمائید ... وطن ... خط تان ... [redacted] ... برای ... تاریخ ... [redacted] ... والسلام

12.

Date ۱۳۸۳/۴/۲۰ { تاریخ

Signature ........................ { امضاء / لاسلیک

The addressee is my ........................................ { نسبت خانوادگی با گیرنده / اخیستونکی سره کورنی اړیکی

UNCLASSIFIED / FOUO

UNCLASSIFIED / FOUO

AGE 4 OF 4

UNCLASSIFIED / FOUO

UNCLASSIFIED / ~~FOUO~~

**In the Name of Allah the Compassionate the Merciful**

Many greetings from here every one Muhammad Yunus, Muhammad Ismeal, Muhammad Isa, Muhammad Qasim, Muhammad Hamid, Muhibullah, mom and Muhibullah's mom, Sidiqa, Palwasha, your sisters all sending there greetings to teacher Abdul Matin. We out here, God 's willing, are so far so good, hoping for your well being not to mention that your mom and your family are just doing fine not needing any thing so you please rest assure and don't worry. 2 letters through Pakistan Red Cross mailed to you but no return yet hope you write more often so we be assured of you. Abdul Wahab's family are returned from Pakistan and living in their villa and they are alright sending you there best. how is your leg that you had problems with? write to us, your family are present in here sending there greetings and prayers to you.
You are never forgotten of our prayers.

Peace
to Kabul

UNCLASSIFIED / ~~FOUO~~

Exhibit D-d

UNCLASSIFIED//FOUO

GUAN20031 02157

#2

1 COMITE INTERNATIONAL GENEVE

RED CROSS FAMILY MESSAGE

پیغام خانوادگی صلیب سرخ

دسره صلیب کورنی پیغام

AFG 4615

سره میاشت

2. **SENDER** APPROVED BY فرستنده پیغام/دپیغام استونکی

FULL NAME : نام مکمل مطابق رسم معمول

(as expressed locally) پوره نوم چي وربانديي شهرت لری

Father's name : نام پدر

Grand Father's name: FEB 24 2004 دپلار نوم

TRIRE : نام پدرکلان

کام (قوم) دنیکه نوم

PLACE OF RIRTH (CITY OR SUBGOVERNMENT AND PROVINCE):

دزیږیدلو ځای (ښاریاولسوالی اوولایت)

محل تولد (شهر، ولسوالی وولایت)

FULL ADDESS: آدرس مکمل فعلی:

Street and number: کوچه و نمرهٔ خانه

کوڅه او دکورنمبر

Locality and Postal code: محل ونمره پوستی

ناحیه او دپوستی نمبر

Region/Country: منطقه، ولایت، مملکت

Telephone No: نمره تیلفون/د تیلفون نمبر

3. **ADDRESSEE** مرسل الیه /دپیغام اخستونکي ABZ-015848

FULL NAME : ABDUL MATIN نام مکمل مطابق رسم معمول

(as expressed locally) پوره نوم چي وربانديي شهرت لری

Father's name : ABDUL RAHIM نام پدر

Grand Father's name : دپلار نوم

TRIRE : ABDUL MAJID نام پدرکلان

کام (قوم) دنیکه نوم

PLACE OF RIRTH (CITY OR SUBGOVERNMENT AND PROVINCE):

دزیږیدلو ځای (ښاریاولسوالی اوولایت)

محل تولد (شهر، ولسوالی وولایت)

FULL ADDESS: آدرس مکمل فعلی:

Street and number: کوچه و نمرهٔ خانه

کوڅه او دکورنمبر

Locality and Postal code: GTMO محل ونمره پوستی

ناحیه او دپوستی نمبر

Region/Country: منطقه، ولایت، مملکت

Telephone No: نمره تیلفون/د تیلفون نمبر

4. INTERNATIONAL COMMITTEE OF THE RED CROSS
19, AVENUE DE LA PAIX
CH - 1202 GENEVA

کمیته بین المللی صلیب سرخ
دسره صلیب نړیواله کمیته
ژنیو (سویس)

Address of Brother-in-law in Kabul

teacher title

UNCLASSIFIED//FOUO

GUAN20031 02157

(unclassified) /

5

# MESSAGE

پیــغــام

(FAMILY NEWS OF A STRICTLY PERSONAL NATURE)

احوال فامیلی که محض ماهیت شخصی داشته باشد

کورنی پیغام چی یوازی شخصی احوال بیان کړی

FEB 1 2004

سلام های بی‌پایان از طرف ... محمد درویش و محمد اسماعیل جان و محمد عیسی جان و محمد قاسم جان و محمد حامد جان و حبیب الله جان و والده محترمه و والده حبیب الله جان و صدیقه جان و ... جان و همشیره های تان و باقی دیگر تان و اقربای تان برای محترم معلم صاحب عبدالمتین جان

teacher

سلام های لطیف و خوش تقدیم میدارم فضل خداوند تا تحریر خط هذا صحت کامل داریم و صحت سلامتی شما را از خداوند لایزال خواسته و میخواهم خداوند که صحت کامل داشته باشید ناگفته نماند که والده محترمه و فامیل تان مکمل صحت دارد و به هیچ چیز ضرورت ندارد و بسیار به آرامی و مطمئن کامل حیات خود را بسر میبرد و کدام تشویش هم ندارد بالخصوص ... قطعه خط از طریق پاکستان ذریعه صلیب سرخ ارسال کرده بودید متاسفانه ... هم قطعه خط ذریعه صلیب سرخ و یک قطعه خط ذریعه پوسته ارسال نمودم اما جواب آن برای من نرسیده امیدوارم هرچه زودتر ارسال نمائید تا اطمینان ما حاصل و تشویش که داشتیم بصورت کلی رفع گردد فامیل عبدالوهاب جان از پاکستان به کابل آمده ... زندگی میکند ... و تمام ... سلام های زیاد ... مایان جمع ... تکلیف ... معلومات بدهید که چطور ... دعا ... این خط نوشته ... فامیل تان خاطر سلام های زیاد تقدیم میدارد ... دعا ... والسلام

Living in Kabul

brother in law came w/ Sami, is in Kabul.

Date: ......... نیټه (تاریخ)

Signature: ......... لاسلیک (امضا)

The addressee is my ......... من است ......... گیرنده پیغام

01.10.03 Brother in law

PAGE 3 OF 3

UNCLASSIFIED / FOUO

UN CLASSIFIED / ~~FOUO~~

#3

Greetings from Malim Mohammed Younus, your mother, sisters, nephews, and Monirullah jan, Sudiqa jan, Palwash jan and their mother and the rest of the family to dear respected Malim Sahib Abdul Matin jan. up to writing this letter we are all in good health and ask God Almighty for your good health and we pray for you we received one of your letter from Bagram through Red Cross we send the reply but we didn't get any answer back. We have been going all the time to the Red Cross office and received one of your letter that was written on 2003/06/08 that you send it to Abdul Baqi I received it on 2003/08/27 the good behavior that they are doing with you and you are very happy from them we got very happy because we were worrying about you and now we don't send us news about your leg that you were complaining about it. I am always going to the Red Cross office to ask about your letter the Red Cross employees have a very good behavior towards me and also don't worry about your mother and your family every body is in good health and they are in my house and sending their greetings and Abdul Wa Khan and Abdul Baqi Khan they came with their family from Peshawar to Kabul they are in good health and send you greetings. At the end all of us are praying for you

Sincerely yours,
Mohammed Younus Malim
2003/08/28

UN CLASSIFIED / ~~FOUO~~

Exhibit D-e

attached a photo

GUAN2003101238
JJ AJJB

AFG

COMITE INTERNATIONAL GENEVE

28 AUG 2003

4054

# 1. RED CROSS MESSAGE
پیغام خانواد گی صلیب سرخ/دسره صلیب کورنی پیغام

## 2. SENDER / فرستنده /لیږونکی

ICRC No. ........ شماره صلیب سرخ / دسره صلیب نړیواله کمیټی لمبر

Full name ........ MHD YOUNUS ........ نام کامل / مکمل نوم

APPROVED BY US FORCES

Father's name ........ ABDUL GHANI ........ نام پدر / دپلار نوم

Grand-father's name ........ ABDUL RASHID ........ نام پدر بزرگ / دنیکی نوم

Mother's name ........ MAY 06 2004 ........ نام مادر / دمور نوم

Nationality ........ تابعیت / هیواد

Date of birth ........ تاریخ تولد / دزیږ یدلونیټه     Sex [F] [M] [ذ] [أ] جنس

Place of birth: village/قریه/کلی ........ district/ولسوالی ........ province/ولایت ........ country/مملکت/هیواد ........ محل تولد / دزیږ یدلوځای

GUANTANAMO BAY, CUBA

Refugee camp/Detention place ........ نام اردوگاه پناهندگان/محل أسارت / دپناهندگانو دکمپ نوم/ دبند دځای نوم

Street ........ کوچه / دکوڅی نوم

Village, District or City ........ قریه، ولسوالي، ولایت / کلی، ولسوالي، ولایت

Province/Country ........ ولایت مملکت / ولایت هیواد     House No. ........ نمبر خانه / دکورلمبر

## 3. ADDRESSEE / گیرنده /اخیستونکی

ICRC No. ........ AB2-015848 ........ شماره صلیب سرخ / دسره صلیب نړیواله کمیټی لمبر

Full name ........ ABDUL MATIN ........ نام کامل / مکمل نوم

Father's name ........ ABDUL RAHIM ........ نام پدر / دپلار نوم

Grand-father's name ........ ABDUL MAJID ........ نام پدر بزرگ / دنیکی نوم

Mother's name ........ نام مادر / دمور نوم

Nationality ........ تابعیت / هیواد

Date of birth ........ تاریخ تولد / دزیږ یدلونیټه     Sex [F] [M] [ذ] [أ] جنس

Place of birth: village/قریه/کلی Tonoka ........ district/ولسوالی ........ province/ولایت Jawz Jan ........ country/مملکت/هیواد AFG ........ محل تولد / دزیږ یدلوځای

Refugee camp/Detention place ........ GTMO ........ نام اردوگاه پناهندگان/محل أسارت / دپناهندگانو دکمپ نوم/ دبند دځای نوم

Street ........ کوچه / دکوڅی نوم

Village, District or City ........ قریه، ولسوالي، ولایت / کلی، ولسوالي، ولایت

Province/Country ........ ولایت مملکت / ولایت هیواد     House No. ........ نمبر خانه / دکورلمبر

## 4. INTERNATIONAL COMMITTEE OF THE RED CROSS

کمیته بین المللي صلیب سرخ

دسره صلیب نړیواله کمیټی

19, av. de la Paix - 1202 Geneva, Switzerland

MCR/EN-DA-PU/10.01/ACR

UNCLASSIFIED / ~~FOUO~~

## 5. MESSAGE

پیغام

*Family and/or private news only*
APPROVED BY
US FORCES
احوال خانوادگی که محض ماهیت شخصی داشته باشد

MAY

سلام های فراوان از طرف ... [illegible]

[illegible]

JTF/ J2OOB S-2
GUANTANAMO BAY, CUBA

[illegible]

... به تاریخ 2003/6/18 ... [illegible]

... برای من به تاریخ 2003/8/22 رسیدند

[illegible]

title as a teacher

Family in laws in Kabul

## 6.

Date .................. { تاریخ نیټه } Signature ............................ { امضاء لاسلیک }

The addressee is my 2003/8/28 ... Brother in law { نسبت خانوادگی با گیرنده / اخیستونکی سره کورنی اړیکی }

PAGE 3 OF 3

UNCLASSIFIED / FOUO

Memo for Record Detainee # 1002 13 December 2004

During my initial interview on Detainee 1002 on 20 Nov 2004, the detainee satisfactorily answered several science related questions thereby showing that he has a working knowledge of science and higher mathematics. I specifically asked him several physics problems and mathematics problems and he was able to solve the problems with ease. This makes me believe that the detainee was in fact a science teacher as he has stated and the allegation that he was not a teacher is not accurate. Additionally, the detainee provided three letters from home that address him as "teacher", and the three witnesses he requested were fellow teachers at the school he taught at.

PR #96

UNCLASSIFIED / ~~FOUO~~

GUAN2004I00736
JJ AJJB
FOR

AB? - 015848
ABDUL MATIN
in
GTMU

APR 26 2004

UNCLASSIFIED / ~~FOUO~~

Memorandum for Record 18 December 2004

Subjec: Detainee 1002

1. The addresses for the Detainee Exhibits D-c and D-d have been translated. The translated address for each exhibit is listed below.

2. Exhibit D-c

Street #6 at the right side House #3 opposite gas station of Baghe Bala
Kabul, Afghanistan

3. Exhibit D-d

Temari Warls Shap
Street #6 at the right side House #3 Rigen 5
Kabul, Afghanistan

4. Exhibit D-e has not been translated.

5. This verifies that his family and residence is in fact in Kabul, Afghanistan.

PR 112

# Personal Representative Review of the Record of Proceedings

I acknowledge that on 28 December 2004 I was provided the opportunity to review the record of proceedings for the Combatant Status Review Tribunal involving ISN #1002.

✓ I have no comments.

___ My comments are attached.

[redacted], Maj, USAF
Name

28 Dec 04
Date

[redacted]
Signature

ISN #1002
Enclosure (5)