# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **ABDUL MATIN**, *et al.*, ) | |
| ) | |
| *Petitioners*, ) | |
| ) | Civ. No. 06-CV-1679 (RMU) |
| *v.* ) | |
| ) | |
| **GEORGE W. BUSH**, *et al.*, ) | |
| ) | |
| *Respondents*. ) | |
| ) | |
| _____) | |
| ) | |
| **HAYAL AHMED AZIZ** ) | |
| **AL-MITHALI**, *et al.*, ) | |
| ) | |
| *Petitioners*, ) | |
| ) | Civ. No. 05-CV-2186 (ESH) |
| *v.* ) | |
| ) | |
| **GEORGE W. BUSH**, *et al.*, ) | |
| ) | |
| *Respondents*. ) | |
| ) | |
| _____) | |

## NOTICE OF FILING OF OPPOSITION TO
## RESPONDENTS' MOTION TO DISMISS

As required by the Amended Protective Order in this matter, undersigned counsel for Petitioners Abdul Matin and Hayal Ahmed Aziz Al-Mithali hereby give notice that on May 3, 2007 a copy of Petitioners' Opposition to Respondents' Motion to Dismiss was submitted to the Court Security Officer for filing and review for public filing.

The Opposition will be filed via the Electronic Case Filing System when it has been cleared for public filing by the Court Security Office.

Respectfully submitted,

/s/  Jennifer Cowan
Jeffrey I. Lang
Jennifer R. Cowan
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel:  (212) 909-6000
Fax:  (212) 909-6836

John B. Missing (Bar No. 425469)
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W.
Washington, D.C. 20004-1169
Tel:  (202) 383 8000
Fax:  (202) 383 8118

Shayana Kadidal (Bar No. 454248)
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6499

Counsel for Petitioner

May 3, 2007